DOLLY MADISON DAIRIES, INC., and another, Appellants, vs. INDUSTRIAL COMMISSION and another, Respondents.

For the appellants : *J. A. Bloomquist* and *Quarles, Spence & Quarles,* attorneys, and *Kenneth Grubb* and *Howard T. Foulkes* of counsel, all of Milwaukee.

For the respondent Industrial Commission : *John E. Martin,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent Mrs. Mary K. Howard : *Hale & Skemp* of La Crosse.

*By the Court.*—Judgment affirmed.